UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PABLO RODRIGUEZ-RAFAEL, et al.<br>Defendant. | Criminal No. 07-344(DRD) |

### UNITED STATES' MOTION TO CONTINUE

COMES NOW the United States of America by the undersigned attorneys, and respectfully states and prays as follows:

1. On February 2, 2009 this Court Ordered the Status Conference in the instant case to be scheduled, today March 9, 2009.

2. The Government respectfully requests a twenty (20) day continuance, as the undersigned is currently out of the District receiving medical treatment for an accident sustained February 27, 2009.

WHEREFORE, in lieu of the above, the United States respectfully request that this Honorable Court take note of the above and grant the aforesaid request.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 9th day of March 2009.

ROSA EMILIA RODRIGUEZ-VÉLEZ
UNITED STATES ATTORNEY

*s/ Jose Contreras*
Jose Contreras
Assistant U.S. Attorney - U.S.D.C. #G00612
U.S. Attorney's Office
Torre Chardón, Suite 1201
 350 Carlos Chardón Ave.
San Juan, P.R. 00918

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 9th day of March 2009.

*s/ Jose Contreras*
Jose Contreras
Assistant U.S. Attorney - U.S.D.C. #G00612
U.S. Attorney's Office
Torre Chardón, Suite 1201
 350 Carlos Chardón Ave.
San Juan, P.R. 00918
